Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 4040 | DATE | 8/15/2001 |
| CASE TITLE | Zapata Hermanos Sucesores vs. Hearthside Baking Co. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Lenell's motion to alter judgment or for new trial is denied in its entirety. (84-1, 84-2)
(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | number of notices |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | | AUG 16 2001 |
| | Notified counsel by telephone. | | date docketed |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials |
| | Copy to judge/magistrate judge. | 01 AUG 16 AM 7:49 | 8/16/2001 date mailed notice |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials |

Document Number 87

ZAPATA HERMANOS SUCESORES, S.A., )
                                 )
            Plaintiff,            )
                                 )
    v.                            )   No. 99 C 4040
                                 )
HEARTHSIDE BAKING CO., INC.,      )
etc.,                             )
                                 )
            Defendant.            )

MEMORANDUM OPINION AND ORDER

This Court's lengthy July 19, 2001 memorandum opinion and order ("Opinion") rejected virtually all of the alternative Fed. R. Civ. P. ("Rule") 50 and 59 motions that had been filed by losing litigant Hearthside Baking Co., Inc. d/b/a Maurice Lenell Cooky Co. ("Lenell") after the June 19 return of a jury verdict in this action. In part the Opinion explained the reasons for the entry of a revised final judgment in favor of Zapata Hermanos Sucesores, S.A. ("Zapata") and against Lenell. As might have been expected in light of Lenell's dog-in-the-manger approach to this entire litigation, its counsel has since filed a second Rule 59 motion attacking the revised judgment. Zapata has in turn responded to that motion.

Zapata's presentation is entirely persuasive, and there is no need for any discussion of the issues beyond that presentation. Instead this Court flat-out rejects Lenell's meritless position that the $4,848 remittitur on the label claim, discussed in Opinion at 5-6, is an impermissible additur. And as

for Lenell's objection to this Court's reduction in the jury's interest award (again a remittitur to which Zapata has agreed), Zapata is entirely right in pointing out that if pursued to its logical conclusion, Lenell's present argument would have granted it *no* relief from the amount awarded by the jury.

Accordingly Lenell's motion is denied in its entirety. Because Lenell has noticed up a motion for presentment on August 17, in which it is seeking a stay of enforcement and added time within which it must file a supersedeas bond under Rule 62, this opinion is being issued in part to advised Lenell's counsel that a suitably short time--and no more--will be granted in that respect, for Lenell has already had nearly two months since the jury verdict to make any necessary arrangements for that purpose.

  _____
Milton I. Shadur
Senior United States District Judge

Date: August 15, 2001