Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 4040 | **DATE** | 3/18/2002 |
| **CASE TITLE** | Zapata Hermanos Sucesores vs. Hearthside Baking Co. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Zapata's Rule 60(a) motion to correct the amount of the fee award

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
 ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Amendment to Memorandum Opinion and Order. Motion granted. Accordingly the Judgment Order is amended to call instead for a principal amount of $493,746.14 plus the originally-calculated amount of $43,357.64 in compound interest, or a total of $537,103.78. Judgment is therefore ordered to be entered in favor of Zapata and against Lenell in the revised aggregate sum of $537,103.78 in lieu of the originally calculated sum of $485,066.33.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | MAR 20 2002 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 3/19/2002 | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZAPATA HERMANOS SUCESORES, S.A., )
)
        Plaintiff, )
)
v. ) No. 99 C 4040
)
HEARTHSIDE BAKING CO., INC., )
etc., )
)
        Defendant. )

DOCKETED
MAR 2 0 2002

## AMENDMENT TO MEMORANDUM OPINION AND ORDER

Immediately after the issuance of this Court's March 13, 2002 memorandum opinion and order ("Opinion"), which concluded with an order for judgment ("Judgment Order") to be entered in favor of Zapata Hermanos Sucesores, S.A. ("Zapata") and against Hearthside Baking Co., Inc. d/b/a Maurice Lenell Cooky Co. ("Lenell") in the aggregate sum of $485,066.33, counsel for Zapata tendered a motion under Fed. R. Civ. P. ("Rule") 60(a) to correct the amount of the Judgment Order. At the conclusion of the evidentiary hearing Zapata's counsel had tendered a revised calculation in tabular form (its Fee Ex. 6), which set out Zapata's calculation on an invoice-by-invoice and day-by-day basis for compound interest through each of the first 15 days of March 2002--a calculation that this Court took (as it certainly appeared to be) as reflecting Zapata's total damages claim.

But as Zapata's Rule 60(a) motion sets out, that presentation was misleading because of its having omitted a portion of Zapata's principal claim on which interest has not

accrued (because Zapata had not yet paid the last portions of its attorneys' billings in full--see Judgment Order at 11-12). Because Zapata's motion explains that error satisfactorily (and because Lenell's counsel has confirmed telephonically that no objection exists in that respect), this Court grants the Rule 60(c) motion. Accordingly the Judgment Order is amended to call instead for a principal amount of $493,746.14 plus the originally-calculated amount of $43,357.64 in compound interest, or a total of $537,103.78. Judgment is therefore ordered to be entered in favor of Zapata and against Lenell in that revised aggregate sum of $537,103.78 in lieu of the originally calculated sum of $485,066.33.

                                                                   _____
                                                          Milton I. Shadur
                                                          Senior United States District Judge

Date: March 18, 2002